

# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2023

No. 04-22-00599-CR

**EX PARTE** Felipe Santiago **VALLEJO ALFARO**

From the County Court, Kinney County, Texas
Trial Court No. 10588CR
Honorable Tully Shahan, Judge Presiding

# O R D E R

Appellant's reply brief is currently due January 30, 2023. On January 25, 2023, appellant filed an unopposed motion requesting an extension of time until March 1, 2023 to file the reply brief. We GRANT appellant's motion and ORDER him to file his reply brief by March 1, 2023. Further requests for extension of time will be disfavored.

It is so **ORDERED** on January 25, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT